# United States District Court
### EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | | |
|---|---|---|
| EMPIRE INDEMNITY INSURANCE COMPANY | § § § | |
| v. | § § | Case No. 4:11-CV-166 Judge Schneider/Judge Mazzant |
| N/S CORPORATION; JALIN, LTD. D/B/A MY CAR WASH; LIBERTY SURPLUS INSURANCE CORPORATION | § § § § | |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the United States Magistrate Judge pursuant to 28 U.S.C. § 636. On July 20, 2011, the report of the Magistrate Judge was entered containing proposed findings of fact and recommendations that Defendant N/S Corporation's Motion to Transfer Venue (Dkt. #21) should be denied.

The Court, having made a *de novo* review of N/S Corporation's objections, is of the opinion that the findings and conclusions of the Magistrate Judge are correct, and the objections are without merit. Therefore, the Court hereby adopts the findings and conclusions of the Magistrate Judge as the findings and conclusions of this Court.

It is, therefore, **ORDERED** that Defendant N/S Corporation's Motion to Transfer Venue (Dkt. #21) is **DENIED.**

**It is SO ORDERED.**
**SIGNED this 16th day of August, 2011.**

_____
MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE